# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**September 22, 2008**

| | | |
|---|---|---|
| 28565 | "S" Children, In re | Affirmed |
| 28452 | State v. Taylor | Affirmed |

**September 24, 2008**

| | | |
|---|---|---|
| 28433 | State v. Liu | Reversed |

**September 25, 2008**

| | | |
|---|---|---|
| 28800 | State v. Cantiberos | Vacated and Remanded |
| 28707 | State v. Smith | Reversed |
| 28682 | Torres v. State | Affirmed |

**September 26, 2008**

| | | |
|---|---|---|
| 28567 | D.V., In re | Affirmed |
| 28540 | Hawaii Reserves, Inc. v. Hawaii Farm Fresh Seafood, LLC | Affirmed in Part, Vacated in Part and Remanded |
| 28752 | Reinking v. County of Hawaii | Vacated and Remanded |

**September 29, 2008**

| | | |
|---|---|---|
| 28723, 28724 | "N.K." Children, In re | Affirmed |

**September 30, 2008**

| | | |
|---|---|---|
| 28831, 28832 | K.D., In re | Affirmed |
| 27127, 27208 | Kelly v. Metal-Weld Specialties, Inc. | Affirmed |
| 28778 | State v. Corn | Affirmed |

**October 2, 2008**

| | | |
|---|---|---|
| 28537 | Tabbal v. Jun | Affirmed |